UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17-CR-0623-JLS |
|---|---|
| Plaintiff, | |
| v. | VERDICT |
| BRUCE LOVELESS (5), | |
| Defendant. | |

We the jury in the above-entitled cause find the defendant, Bruce Loveless,

### COUNT ONE

_____
(NOT GUILTY OR GUILTY)

of the offense of conspiracy to commit bribery as charged in Count One of the indictment.

### COUNT SIX

_____
(NOT GUILTY OR GUILTY)

of the offense of receiving a bribe by a public official as charged in Count Six of the indictment.

### COUNT THIRTEEN

_____
(NOT GUILTY OR GUILTY)

of the offense of conspiracy to commit honest services wire fraud as charged in Count Thirteen of the indictment.

Dated: 6/29/2022

_____
Presiding Juror