RANDY S. GROSSMAN
United States Attorney
DAVID CHU (CA Bar No. 242046)
VALERIE H. CHU (CA Bar No. 241709)
MARK W. PLETCHER (CO Bar No. 034615)
MICHELLE L. WASSERMAN (CA Bar No. 254686)
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 546-6750

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 17-CR-0623-JLS |
|---|---|
| v. | **MOTION TO DISMISS WITH PREJUDICE** |
| BRUCE LOVELESS, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America seeks leave of the Court to dismiss with prejudice all charges in the Indictment against defendant Bruce Loveless.

SO MOVED.

DATED: September 14, 2022                    Respectfully submitted,

                                              RANDY S. GROSSMAN
                                              United States Attorney

                                              /s/ David Chu
                                              /s/ Valerie H. Chu
                                              /s/ Mark W. Pletcher
                                              /s/ Michelle Wasserman
                                              Assistant United States Attorneys