1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

BRUCE LOVELESS (5),

         Defendant.

No. 17-CR-0623-JLS

**ORDER AND JUDGMENT TO DISMISS WITH PREJUDICE**

The United States' motion to dismiss (ECF No. 1034) is granted. The Court hereby dismisses with prejudice all charges in the Indictment against defendant Bruce Loveless. Bond is exonerated.

IT IS SO ORDERED.

Dated: September 15, 2022

*Janis L. Sammartino*

Hon. Janis L. Sammartino
United States District Judge